# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID LEE PERRY,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>  Defendants. | 3:17-cv-04431-FLW-TJB |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned counsel for Defendant, EQUIFAX INFORMATION SERVICES LLC.

> Respectfully submitted,
>
> **CLARK HILL PLC**
>
> */s/ Jonathan D. Klein*
> JONATHAN D. KLEIN, ESQ.
> One Commerce Square
> 2005 Market Street, Suite 1000
> Philadelphia, PA  19103
> Tel: (215) 640-8535
> Fax: (215) 640-8501
> Email: jklein@clarkhill.com
> Attorney for Defendants

Dated:  January 19, 2018

216792043

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel of record:

DOROTHY A. KOWAL
PRICE, MEESE, SHULMAN &
D'ARMINIO, PC
MACK CALI CORPORATE CENTER
50 TICE BOULEVARD
WOODCLIFF LAKE, NJ  07677

And via U.S. Mail to:

DAVID LEE PERRY
70 BALDWIM AVENUE
APT. 40
JERSEY CITY, NJ  07306

Dated: January 29, 2018

>*/s/ Jonathan D. Klein*
>JONATHAN D. KLEIN, ESQ.

216792043